## IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMUEL MCDANIEL, AN INDIVIDUAL,

Appellant,

vs.

CROWN PROPERTY MANAGEMENT, LLC, A FOREIGN LIMITED LIABILITY COMPANY,

Respondent.

No. 82576



FILED

APR 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation to dismiss appeal, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY:

cc: Hon. Adriana Escobar, District Judge
Richard Harris Law Firm
The Law Offices of Robert B. Katz & Associates
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-10128